JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MONTENEGRO, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENUINE PARTS COMPANY, a Georgia Corporation; NATIONAL AUTOMOTIVE PARTS ASSOCIATION, LLC, a Georgia limited liability company; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-03995-AB-RAO<br><br>[*Los Angeles Superior Court Case No: 21STCV10954]*<br><br>[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the instant action be DISMISSED WITH PREJUDICE in its entirety, including all claims and parties. Each side will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 23, 2022

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE